# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MORALES,<br><br>      Petitioner,<br><br>      v.<br><br>K. HOLLAND, Warden,<br><br>      Respondent. | Case No. CV 15-2484 ODW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 25, 2015

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE